# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08cv274

| | |
|---|---|
| PASQUALE RICCI and wife, KATHY RICCI, <br><br>　　　　Plaintiffs, <br><br>Vs. <br><br>SUPERIOR MOVING & STORAGE, INC., <br><br>　　　　Defendant. | ORDER |

**THIS MATTER** is before the court on Lawrence J. Roberts' Motion for Special Admission. For cause, defendant states that the amount in controversy, $15,000.00, does not justify the expense of associating local counsel and that with modern methods of communication and filing, direct communication between Mr. Roberts and plaintiffs (or counsel for plaintiffs, if retained) will be much more effective than communications received through an intermediary.

In determining whether special admission is appropriate, the court has first determined that Mr. Roberts is a member in good standing with all state and federal Bars to which he has been admitted, has submitted or will submit the required fees, and has supplied the Clerk with his email address. Further, it appears that Mr. Roberts is familiar with the Local Civil Rules as amended January 1, 2008.

In addition, the court has closely reviewed the filings and Orders in each case in this district in which Mr. Roberts has been admitted either *pro hac* or specially.

Auto-Owners Ins Co v. Mayflower Transit, 1:02-cv-00266-LHT; Premier Packaging, Inc. v. Estes Express Lines, 3:02-cv-00068-RLV-CH; Pizani v. United Van Lines LLC, 3:03-cv-00415-HBM-DCK. Sansone v. Stevens Van Lines Inc., 3:05-cv-00291-GCM. Such review reveals that each case was disposed of promptly and that no concerns were raised by the respective judges to whom such cases were assigned or referred.

Finally, the court finds that such special admission is appropriate. While Mr. Roberts has appeared in a number of cases in this district, such participation in cases filed in this district has been infrequent and cannot be construed as "regularly" practicing in this district.

Finding that the requirements of special admission have been met, Mr. Roberts will be allowed to appear in this matter without the association of local counsel.

### ORDER

**IT IS, THEREFORE, ORDERED** that Lawrence J. Roberts' Motion for Special Admission (#3) is **GRANTED,** and Mr. Roberts is **ADMITTED** to practice before the bar of this court in this particular case without association of local counsel.

Signed: July 3, 2008

Dennis L. Howell
United States Magistrate Judge